UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,         Case no. 11-13040
                                    HON. JOHN CORBETT O'MEARA

v.

ANTHONY S. HEATH,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

        Before the court is Magistrate Judge Laurie J. Michelson's report and recommendation, filed December 12, 2012. No objections were filed by the parties. The court having reviewed and considered the entire record and being fully advised in the premises;

        IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

        IT IS FURTHER ORDERED that Defendant's objection to the Writ of Garnishment directed to the Michigan Department of Treasury (document no. 20) is DENIED.

                                                                s/John Corbett O'Meara
                                                                United States District Judge

Date: January 16, 2013

        I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 16, 2013, using the ECF system and/or ordinary mail.

                                                                 s/William Barkholz
                                                                 Case Manager